**Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO.  14-13-01013-CR

————————

**MAHMOUD  AFHAMI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 13**
**Harris County, Texas**
**Trial Court Cause No. 1892708**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a CD.**

The clerk of the County Criminal Court at Law No 13 is directed to deliver to the Clerk of this court the original of **State's Exhibit 1, a CD**, on or before **February 06, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 1, a CD**, to the clerk of the County Criminal Court at Law No 13.


PER CURIAM